No. 04–6559. JOHNSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6567. DOLLISON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6569. MARIANO v. CENTRAL PACIFIC BANK. C. A. 9th Cir. Certiorari denied.

No. 04–6600. GORDON v. GORDON. Super. Ct. Pa. Certiorari denied.

No. 04–6617. MOORER v. PRICE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6625. SKUNDOR v. COLEMAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6627. BETH R. v. FORRESTVILLE VALLEY COMMUNITY SCHOOL DISTRICT #221. C. A. 7th Cir. Certiorari denied.

No. 04–6630. CULVER v. DESUTA, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6647. BURKS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6661. WEATHERSPOON v. VANDERBILT UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6678. REED-BEY v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 04–6681. CHAMBERS v. ESTEP, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6700. GALVAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6710. ODUOK v. COBB COUNTY BOARD OF COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.